NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOYD TYRONE RUCKER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2013-3127

---

Petition for review of an arbitrator's decision in No. 131203-51687-3 by Marvin J. Feldman.

---

**ON MOTION**

---

**O R D E R**

Boyd Tyrone Rucker moves to withdraw his petition pursuant to Federal Rule of Appellate Procedure 42(b).*

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: November 5, 2014

---

\* Although Mr. Rucker requests that his petition be dismissed with prejudice, the court does not usually designate voluntary dismissals as being with or without prejudice.